# THE WEITZ LAW FIRM, P.A.

**MEMO ENDORSED**

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

April 11, 2019

<u>VIA CM/ECF</u>
Honorable Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square - Courtroom 443
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/12/2019
```

          Re:    Vuppala v. Nha Trang One Inc., et al.
                  Case No. 1:18-cv-11135-VEC

Dear Judge Caproni:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Initial Pre-Trial Conference in this matter is currently scheduled for April 19, 2019, at 10:00 a.m., in Your Honor's Courtroom. The Complaint and Summons in this matter were originally intended to be served in December, 2019 by the Process Server (*see attached exhibit*). However, due to a recently discovered inadvertent error, the process service had been delayed, but both Affidavits of Service have been subsequently filed on ECF earlier today [D.E. 12 & D.E. 13].

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests a thirty (30) day adjournment of said Conference in order to permit Defendants adequate time to appear in this matter, or to any other date which is most convenient to the Court.

    Thank you for your consideration of this second adjournment request (first request was denied without prejudice [D.E. 9]).

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

---

Application GRANTED. The IPTC is ADJOURNED to **May 24, 2019, at 10:00a.m.**, with the parties' pre-conference letter and jointly proposed case-management plan due no later than **May 16, 2019**. The parties must meet and confer consistent with Paragraph 3 of the Notice of Initial Pre-trial Conference [Dkt. 7] no later than **May 10, 2019**.

Counsel is reminded to be vigilant in making representations to the Court.
SO ORDERED.

*[signature]* 4/12/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

        The Weitz Law Firm, P.A. <weitzfirm@gmail.com>

# Case 1:18-cv-11135-VEC; Vuppala v. Nha Trang One Inc. - NEW COMPLAINT TO SERVE
1 message

**The Weitz Law Firm, P.A.** <weitzfirm@gmail.com>      Sun, Dec 16, 2018 at 6:57 PM
Reply-To: WeitzFirm@gmail.com
To: Alexander Poole <info@alexanderpoole.com>

Attached please find Complaint, Summons and Discovery for the following Defendants in this new matter for service of process to the Secretary of State. Both are registered entities with the Secretary of State.

Regards,

Daisy Hall
Assistant to B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
www.WeitzFirm.com
Tel. - (305) 949-7777
Fax - (305) 704-3877

Confidentiality Notice: This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. The contents of this message, and any attachments thereto, are to be kept strictly confidential. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at www.WeitzFirm.com and delete all copies of the message.

**5 attachments**

[PDF]

[PDF]

[PDF]

[PDF]

[PDF]