UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

KIRAN VUPPALA,                                         CASE NO: 1:18-cv-11135-VEC

      Plaintiff,

vs.

NHA TRANG ONE INC., a New York
corporation, d/b/a NHA TRANG ONE,
and 87 BAXTER STREET REALTY
LLC, a New York limited liability
company,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

      COME NOW, Plaintiff, KIRAN VUPPALA, and Defendants, NHA TRANG ONE INC., a New York corporation, d/b/a NHA TRANG ONE, and 87 BAXTER STREET REALTY LLC, a New York limited liability company, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter. As such, the parties hereby respectfully request the Conference scheduled May 24th be canceled, as this matter has been fully settled.

      Dated: This 14th day of May, 2019.

| | |
|---|---|
| By: /S/ B. Bradley Weitz | By: /S/ Andrew M. Weltchek |
| B. Bradley Weitz, Esq. | Andrew M. Weltchek, Esq. |
| THE WEITZ LAW FIRM, P.A. | Cohen Hochman & Allen |
| Bank of America Building | 75 Maiden Lane, Suite 802 |
| 18305 Biscayne Blvd., Suite 214 | New York, NY 10038 |
| Aventura, Florida 33160 | Telephone: (212) 566-7081 |
| Telephone: (305) 949-7777 | Facsimile: (212) 566-7406 |
| Facsimile: (305) 704-387**7** | Email: aweltchek@chalegalteam.com |
| Email: bbw@weitzfirm.com | *Attorneys for Defendants* |
| *Attorney for Plaintiff* | |